IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Glynis A | Case Number: 08 B 08565 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/10/08 | Filed: 4/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 30, 2008
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 340.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 317.90 |
| Trustee Fee: | | 22.10 |
| Other Funds: | | 0.00 |
| Totals: | 340.00 | 340.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 317.90 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 5,585.86 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | Nellie Mae | Unsecured | 0.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 8. | National Student Loan Program | Unsecured | 0.00 | 0.00 |
| 9. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 11. | Nellie Mae | Unsecured | 0.00 | 0.00 |
| 12. | Nellie Mae | Unsecured | 0.00 | 0.00 |
| 13. | Rockford Mercantile Agency | Unsecured | 15.55 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 82.55 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 137.69 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 146.51 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 43.48 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | 186.92 | 0.00 |
| 19. | RJM Acquisitions LLC | Unsecured | 8.29 | 0.00 |
| 20. | CFS-SunTech Servicing | Unsecured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | BMG Music Service | Unsecured | | No Claim Filed |
| 23. | Secretary Of State | Unsecured | | No Claim Filed |
| 24. | Aaron Rents | Unsecured | | No Claim Filed |
| 25. | Credit Management Co. | Unsecured | | No Claim Filed |
| 26. | Drive Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Glynis A

Printed: 12/10/08

Case Number: 08 B 08565
Judge: Wedoff, Eugene R
Filed: 4/9/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Insure On The Spot | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Columbia House | Unsecured | | No Claim Filed |
| 30. | Chalice Coleman DDS | Unsecured | | No Claim Filed |
| 31. | Credit Protection Association | Unsecured | | No Claim Filed |
| 32. | Periodontics, Ltd | Unsecured | | No Claim Filed |
| 33. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 34. | Check N Go | Unsecured | | No Claim Filed |
| 35. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 36. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 37. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| | | | $ 9,670.85 | $ 317.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.10 |
| | $ 22.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

